31294. THOMPSON v. THOMPSON.

PER CURIAM.

The trial court found the former husband in contempt of court for failure to pay alimony and child support. It was stipulated that the amount of the arrearage was $900. The evidence showed that the former husband was able to make payments of alimony and child support but had not done so. The trial judge did not abuse his discretion in holding the appellant in contempt.

*Judgment affirmed. All the Justices concur.*

ARGUED SEPTEMBER 20, 1976 — DECIDED SEPTEMBER 28, 1976.

*Melvin E. Thompson, Jr.,* for appellant.

*Brackett, Arnall & Stephens, Claud Fulton Brackett, Jr.,* for appellee.